MARSHALL SCOTT GREEK,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2587

Opinion filed June 22, 2016.

An appeal from the Circuit Court for Duval County.
Russell L. Healey, Judge.

Nancy A. Daniels, Public Defender, and Danielle Jorden, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General; Robert Lee and Matthew Pavese, Assistant Attorneys General, Tallahassee.

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, WETHERELL, and WINSOR, JJ., CONCUR.